IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

        Plaintiff,                    No. CIV S-10-2661 EFB P

    vs.

BALLESTEROS, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action. The United States Marshal has returned process directed to defendant Lee unserved with a notation that Lee is "not at this address." Dckt. No. 24. Therefore, plaintiff must provide new information about where this defendant may be served with process.

        Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

////

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff one form USM-285.

2. Within 60 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant Lee.

3. Failure to provide new instructions for service of process upon defendant Lee within the time allowed or show good cause for such failure will result in the dismissal of defendant Lee.

DATED: May 18, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

      Plaintiff,                    No. CIV S-10-2661 EFB P

   vs.

BALLESTEROS, et al.,

                                 NOTICE OF SUBMISSION
      Defendants.          OF DOCUMENTS
_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

        1       completed USM-285 forms

DATED:

                                                         _____
                                                         Plaintiff