IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

      Plaintiff,                No. 2:10-cv-2661 EFB P

      vs.

BALLESTEROS, et al.,

      Defendants.        <u>ORDER</u>

                                  /

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed his requests for discovery with the court. Dckt. No. 27.

      Plaintiff is hereby informed that he must serve discovery documents on a defendant rather than filing them with the court. Pursuant to this court's local rules, interrogatories, requests for production, requests for admission, and responses thereto "shall not be filed with the clerk" unless there is a proceeding that puts the discovery request or response at issue. *See* E.D. Cal. Local Rules 250.2-250.4. Further, when a discovery request or response is at issue, only the part of the request or response at issue "shall be filed." *Id.*

////

////

////

1

1    At this time, there is no proceeding before the court that requires plaintiff's discovery
2 requests for its resolution. Accordingly, plaintiff's filing at Docket. No. 27, is disregarded and
3 the Clerk of the Court shall make a notation on the docket to that effect.
4    So ordered.
5 DATED: July 24, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE