IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

       Plaintiff,               No. 2:10-cv-2661 KJM EFB P

    vs.

BALLESTEROS, et al.,

       Defendants.        <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On November 30, 2012, defendants filed a motion for summary judgment and informed plaintiff of the requirements for opposing a motion for summary judgment.  *See* Fed. R. Civ. P. 56; *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998).  Despite numerous extensions of time, plaintiff has not filed an opposition or a statement of no opposition to the motion.  Plaintiff has been warned that failure to do so could result in a recommendation that this action be dismissed.  *See* Fed. R. Civ. P. 41(b).  On April 15, 2013, the court granted plaintiff a final 30-day extension of time to respond to defendants' motion. The time for acting has passed and plaintiff has not filed an opposition, a statement of no opposition, or otherwise responded to the court's order.

////

1    Plaintiff has been warned that he must file a response to defendants' motion.  Plaintiff

2  has disobeyed this court's orders and failed to prosecute this action.  The appropriate action is

3  dismissal without prejudice.

4    Accordingly, it is hereby RECOMMENDED that this action be dismissed without

5  prejudice.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. Local Rule 110, 183(b).

6    These findings and recommendations are submitted to the United States District Judge

7  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

8  after being served with these findings and recommendations, any party may file written

9  objections with the court and serve a copy on all parties.  Such a document should be captioned

10  "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

11  within the specified time may waive the right to appeal the District Court's order. *Turner v.*

12  *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

13  Dated:  May 20, 2013.

14

15    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

2