IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY JONES,

    Plaintiff,                        No. 2:10-cv-2661 KJM EFB P

    vs.

BALLESTEROS, et al.,

    Defendants.                 ORDER

                                /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On November 30, 2012, defendants filed a motion for summary judgment. Plaintiff was granted several extensions of time in which to file his opposition to the motion. The final extension of time was granted to plaintiff on April 15, 2013. That order warned plaintiff that failure to timely file an opposition would result in a recommendation that this action be dismissed. Despite that admonition and extensions of more than ninety days, plaintiff failed to file his opposition. Accordingly, on May 20, 2013, the undersigned issued findings and recommendations recommending that this action be dismissed for failure to prosecute and failure to comply with court orders. In response, plaintiff has now filed another request for an extension of time. Dckt. No. 51. The court will grant plaintiff one final extension of time and hold the May 20, 2013 findings and recommendations in abeyance to allow plaintiff to comply.

////

1  Accordingly, IT IS HEREBY ORDERED that plaintiff's request (Dckt. No. 51) is
2 granted and the May 20, 2013 findings and recommendations are held in abeyance, to the extent
3 that plaintiff has 30 days to file his opposition to defendants' November 30, 2012 motion for
4 summary judgment. Should plaintiff fail to timely comply, those findings and recommendations
5 recommending dismissal for failure to prosecute will be submitted to the district judge for
6 consideration.
7 Dated: June 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE