UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES, | No. 2:10-cv-2661 KJM EFB P |
| Plaintiff, | |
| v. | ORDER |
| BALLESTEROS, et al., | |
| Defendants. | |

        Plaintiff Jeremy Jones is a prisoner who proceeds pro se in this civil rights action, seeking relief under 42 U.S.C. § 1983. By order of the assigned magistrate judge, a trial confirmation hearing was set for January 29, 2016. Pretrial Order, ECF No. 92.

        Upon review of the magistrate judge's pretrial order and the pretrial statement, ECF No. 86, the court has determined that plaintiff's claims and the status of the case warrant appointment of counsel. This case is REFERRED to the court's ADR and Pro Bono Coordinator, Sujean Park, for identification of counsel to represent plaintiff at the status conference set below and at trial.

        The trial confirmation hearing previously set for January 29, 2016, is VACATED, and a status conference is SET for February 4, 2016 at 2:30 p.m. before the undersigned.

/////

1

1  The request for a telephonic appearance, ECF No. 93, is DENIED as MOOT.

2  IT IS SO ORDERED.

3  DATED: December 28, 2015.

_____
UNITED STATES DISTRICT JUDGE