UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>                Plaintiff,<br><br>        v.<br><br>BALLESTEROS, et al.,<br><br>                Defendants. | No. 2:10-cv-2661-KJM-EFB P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. The court has found that the appointment of counsel is warranted and referred this case to the court's ADR and Pro Bono Coordinator for identification of counsel to represent plaintiff. ECF No. 94. Edward P. Sangster and Peter E. Soskin have been selected from the court's pro bono attorney panel to represent plaintiff and have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Edward P. Sangster and Peter E. Soskin are appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if they have any questions related to the appointment.

/////

/////

1

3. The Clerk of the Court is directed to serve a copy of this order upon Edward P. Sangster and Peter E. Soskin, K & L Gates LLP, 4 Embarcadero Center, San Francisco, CA 94111.

It is so ORDERED.

DATED: February 2, 2016

_____
UNITED STATES DISTRICT JUDGE