UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES, | No. 2:10-cv-2661 KJM EFB P |
| Plaintiff, | |
| v. | ORDER |
| BALLESTEROS, et al., | |
| Defendants. | |

   Plaintiff is a state prisoner proceeding through court-appointed counsel with a civil rights action under 42 U.S.C. § 1983. On January 20, 2016, plaintiff filed a pro se request for a telephone call with his counsel prior to the status conference then set for February 4, 2016. ECF No. 95. The status conference was held on March 3, 2016 and plaintiff's request is therefore moot. Moreover, all requests for court action by or on behalf of plaintiff must be filed by his counsel. For these reasons, IT IS HEREBY ORDERED that plaintiff's January 20, 2016 request, ECF No. 95, is denied.

DATED: April 5, 2016

_____
UNITED STATES DISTRICT JUDGE

1