Edward P. Sangster (SBN 121041)
ed.sangster@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco   CA 94111
Telephone:  +1 415 882 8200
Facsimile:  +1 415 882 8220

Attorneys for Plaintiff
JEREMY JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEREMY JONES,<br><br>                    Plaintiff,<br><br>vs.<br><br>BALLESTEROS, et al.,<br><br>                    Defendants. | Case No.     2:10-cv-2661-KJM-EFB P<br><br>[**PROPOSED**] ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR JEREMY JONES<br><br>Trial Date: September 12, 2016<br>Time:         9:00 a.m.<br>Judge:        Hon. Kimberly J. Mueller<br>Courtroom: 3, 15th Floor |

Jeremy Jones, inmate No. T42052, the Plaintiff and a necessary and material witness in proceedings in this case on September 12, 2016, is confined in the Substance Abuse Treatment Facility and State Prison, Corcoran, California, in the custody of the Warden; in order to secure this inmate's attendance at the trial in this case, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom 3, United States District Courthouse, 501 I Street, Sacramento, California on September 12, 2016.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1.     A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in the United States District

Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter return the inmate to the above institution;

    2.    The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3.    The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus Ad Testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:    Warden, Substance Abuse Treatment Facility and State Prison, Corcoran, P.O. Box 7100, Corcoran, CA 93212

## GREETINGS

WE COMMAND that you have and produce the body of JEREMY JONES in your custody in the hereinabove-mentioned institution, before the United States District Court at 501 I Street, Sacramento, California, Courtroom 3, 15th Floor, at 9:00 a.m. on September 12, 2016 and continuing each day thereafter as is necessary, in order that said prisoner may then and there participate in the TRIAL in the matter of JEREMY JONES v. BALLESTEROS et al., Case No. 2:10-CV-2661-KJM-EFB P (E.D. Cal.), and at the termination of said proceedings return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 16, 2016.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE