Edward P Sangster (SBN 121041)
ed.sangster@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco   CA 94111
Telephone:  +1 415 882 8200
Facsimile:  +1 415 882 8220

Attorneys for Plaintiff
JEREMY JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JEREMY JONES,<br><br>                    Plaintiff,<br><br>vs.<br><br>BALLESTEROS, et al.,<br><br>                    Defendants. | Case No.    2:10-cv-2661-KJM-EFB P<br><br>**STIPULATION AND ORDER AUTHENTICATING EXHIBITS**<br><br><br>Action Filed: September 30, 2010<br>Trial Date:    September 12, 2016 |

Plaintiff Jeremy Jones and Defendants Ballesteros and Choplin, by and through their respective counsel of record (collectively, the "Parties") hereby stipulate that the following documents are authentic under the Federal Rules of Evidence and the Federal Rules of Civil Procedure for purposes of trial in the above-captioned matter:

**I.   PLAINTIFF'S EXHIBITS AS IDENTIFIED IN THE COURT'S NOVEMBER 18, 2015 PRETRIAL ORDER:**

1. First Amended Complaint in this action, file-stamped June 25, 2012;
2. First page of a screening order in Case No. 1:11-cv-01762-MJS (PC);
3. Physician's order dated January 26, 2006;
4. X-ray report dated February 6, 2007;
5. Informed consent forms regarding lumbar steroid injections, signed by plaintiff on September 20, 2007, October 4, 2007, and October 18, 2007;
6. Physician's orders dated November 4, 2007 and February 24, 2008;
7. MRI report dated August 7, 2008;
8. Comprehensive accommodation chrono dated July 8, 2008;
9. Visit reports from Queen of the Valley Medical Center dated September 8, 2008, September 22, 2008, and November 26, 2008;
10. Comprehensive accommodation chrono dated November 14, 2008;
11. MRI report dated December 29, 2008;
12. Neurosurgical consult report dated January 15, 2009;
13. Outpatient interdisciplinary progress notes from Dr. L. Dileo dated January 21, 2009 and February 17, 2009;
14. Rehabilitation Management Systems, Inc. exam report dated February 26, 2009;
15. Comprehensive accommodation chrono dated March 18, 2009;
16. Disability placement program verification form dated March 24, 2009;
17. Prescription record dated May 8, 2009;
18. Physician's progress notes, podiatry clinic at Kern Valley State Prison ("KVSP"), dated July 10, 2009;

19. Physician's orders, orthotic clinic at KVSP, dated February 16, 2010;

20. Physician's order dated January 29, 2010;

21. Inmate parolee, KVSP log no. 34-09-13006;

22. Interdisciplinary progress notes, signed by CK Chen, M.D., dated September 24, 2009;

23. Disability placement program verification form dated September 24, 2009;

24. Comprehensive accommodation chrono dated December 2, 2009;

25. Disability placement program verification form dated December 15, 2009;

26. Comprehensive accommodation chrono dated December 24, 2008;

27. Disability placement program verification form dated March 15, 2010;

28. Rules violation report dated January 28, 2010 through February 12, 2010;

29. Discharge summary dated March 31, 2011;

30. MRI report for lumbar spine dated March 29, 2011, page 2 of 2;

31. Telemedicine neurosurgical progress report dated August 19, 2011;

32. Comprehensive accommodation chrono dated September 6, 2011;

33. Disability program placement verification form dated September 6, 2011;

34. Disability program placement verification form dated April 2, 2012;

35. Comprehensive accommodation chrono dated April 2, 2012;

36. Telemedicine progress report dated April 27, 2012;

37. Comprehensive accommodation chrono dated May 14, 2012;

38. Disability program placement verification form dated May 14, 2012;

39. Inmate office visit report, Bakersfield Neuroscience & Spine Institute, dated June 7, 2012;

40. Comprehensive accommodation chrono dated September 5, 2012;

41. Disability program placement verification form dated November 6, 2012;

42. Comprehensive accommodation chrono dated November 6, 2012;

43. DPP Disability/Accommodation Summary as of December 6, 2013.

///

///

II. **PLAINTIFF'S PROPOSED EXHIBITS IDENTIFIED IN PLAINTIFF'S MOTION TO IDENTIFY ADDITIONAL WITNESS AND EXHIBITS DATED JULY 27, 2016:**

44. Disability program placement verification form dated January 9, 2008 (obtained from Plaintiff's medical records).

45. Second Level Appeal Response Log No.: SOL 08-03533 (obtained from Plaintiff's prisoner file).

46. Armstrong v. Davis Court Ordered Remedial Plan Amended January 3, 2001 (obtained at http://www.cdcr.ca.gov/BOPH/docs/ADA-Resources/ARMSTRONG%20I%20Remedial%20Plan.pdf)

III. **DEFENDANTS' EXHIBITS AS IDENTIFIED IN THE COURT'S NOVEMBER 18, 2015 PRETRIAL ORDER:**

A. Photographs of Common Area around and between Cell 130 and shower 3 in Building 10, Facility B at CSP-Solano[3];

B. Photographs of entry/exit doors and surrounding area in Building 10, Facility B at California State Prison-Solano;

C. Photographs of outer area beyond entry/exit doors of Building 10, Facility B at California State Prison-Solano;

D. Photographs of state-issued canvas prison shoes, used at California State Prison-Solano;

E. Photographs of state-issued shower shoes, type 1 used at California State Prison-Solano;

F. Photographs of state-issued shower shoes, type 2 used at California State Prison-Solano;

G. Photographs of state-issue stretcher used at California State Prison-Solano;

H. Photographs of state-issue medical transport cart used at California State Prison-Solano;

I. Photographs of vantage point from Sergeant's Office in Building 10, Facility B at California State Prison-Solano;

J. Schematic of California State Prison-Solano Facilities;

K. Expert Report and Recommendation of Dr. B. Barnett, M.D., CDCR Chief Medical Officer, California Correctional Health Care Services, Receiver's Office of Legal Affairs;

///

L.  Plaintiff's Relevant Medical Records:

    a.  Interdisciplinary Progress Notes, dated July 22, 2008;

    b.  Interdisciplinary Progress Notes, dated July 29, 2008-August 1, 2008;

    c.  Interdisciplinary Progress Notes, dated August 2, 2008-September 2, 2008;

    d.  Interdisciplinary Progress Notes, dated August 4, 2008;

    e.  Interdisciplinary Progress Notes, dated August 6, 2008-August 8, 2008;

    f.  Interdisciplinary Progress Notes, dated August 8, 2008;

    g.  Interdisciplinary Progress Notes, dated August 9, 2008;

    h.  Interdisciplinary Progress Notes, dated August 9, 2008-August 13, 2008;

    i.  Interdisciplinary Progress Notes, dated August 9, 2008, 18:00;

    j.  Interdisciplinary Progress Notes, dated August 13, 2008;

    k.  Examination Findings Form: L-spine X-ray, dated September 2-3, 2008, Job No. 61547;

    l.  Follow Up Visit, dated September 22, 2008;

    m.  Interdisciplinary Progress Notes, dated November 12, 2008;

    n.  Interdisciplinary Progress Notes, dated November 13, 2008;

    o.  Nurse note: methadone & Neurontin;

    p.  Interdisciplinary Progress Notes, dated November 17, 2008;

    q.  Interdisciplinary Progress Notes, dated November 24, 2008;

    r.  Kern Radiology Medical Group Notes, dated December 29, 2008;

    s.  Interdisciplinary Progress Notes, dated September 24, 2009, 11:00;

    t.  Interdisciplinary Progress Notes, dated September 24, 2009;

    u.  Kern Radiology Medical Group Notes, dated February 2, 2010;

    v.  Bakersfield Neuroscience & Spine Institute Notes, dated July 20, 2012;

    w.  Primary Care Provider Progress Note, dated October 10, 2012;

    x.  Bakersfield Neuroscience & Spine Institute Telemedicine Progress Report, dated November 16, 2013;

    y.  Physical Medicine and Rehabilitation Telemedicine Report, dated April 3, 2014;

    z.  Primary Care Provider Progress Note, dated May 2, 2014;

aa. Interdisciplinary Progress Notes 7/27/05;

bb. Outpatient Progress Notes 2/18/06;

cc. Outpatient Progress Notes 8/8/07;

dd. Outpatient Progress Notes 8/9/07;

ee. Physician's Progress Notes 9/2/07;

ff. Physician's Progress Notes 10/18/07;

gg. Interdisciplinary Progress Notes 10/18/07;

hh. Interdisciplinary Progress Notes 11/6/07;

ii. Physician's Orders 8/4/08;

jj. Chronological Interdisciplinary Progress Notes 8/4/08-8/10/08;

kk. X-ray of lower spine 8/11/08;

ll. Interdisciplinary Progress Notes 8/15/08;

mm. Chronological Interdisciplinary Progress Notes 8/23/08 to 8/24/08;

nn. Chronological Interdisciplinary Progress Notes 8/30/08-8/31/08;

oo. Interdisciplinary Progress Notes 11/10/08;

pp. Interdisciplinary Progress Notes 11/12/08 to 11/17/08;

qq. Interdisciplinary Progress Notes 11/24/08;

rr. Interdisciplinary Progress Notes 7/29/09;

ss. Interdisciplinary Progress Notes 11/13/09;

tt. Kern Valley Radiology Report 2/2/10;

uu. Interdisciplinary Progress Notes 3/15/10;

vv. Physician's Progress Notes 3/19/10;

ww. Interdisciplinary Progress Notes 3/19/10;

xx. Primary Care Provider Progress Notes 8/25/10;

yy. Interdisciplinary Progress Notes 10/1/2010;

zz. CDC 128-B Informational Chrono by H. Tate, M.D. 10/7/10;

aaa. CDCR 128-C3 Medical Classification Chrono 10/8/10;

bbb. Interdisciplinary Progress Notes 11/10/10;

**STIPULATION AND ORDER AUTHENTICATING EXHIBITS
2:10-CV-2661-KJM-EFB P**

ccc. Interdisciplinary Progress Notes 1/10/11;

ddd. CDC 128-B Informational Chrono by H. Tate, M.D. 1/1/0/11;

eee. Memorandum by Harold Tate, M.D. 1/13/11;

fff. Kern Valley Neurologic Consultation 2/15/11;

ggg. Bakersfield Neuroscience & Spine Institute Rpt. 7/20/12;

hhh. Primary Care Provider Progress Note 10/10/12;

iii. Physical Medicine and Rehabilitation Evaluation 4/3/14;

jjj. Primary Care Provider Progress Note 5/2/14.

The Parties do not concede that any or all portions of any of the documents listed as exhibits are admissible or relevant for all purposes.

SO STIPULATED

Dated:  August 25, 2016			By:	/s/ *DAVID A. CARRASCO*
						DAVID A. CARRASCO
						Deputy Attorney General
						Attorney for Defendants
						Ballesteros and Choplin


						K&L GATES LLP


Dated:  August 25, 2016			By:	/s/ *PETER E. SOSKIN*
						PETER E. SOSKIN
						EDWARD SANGSTER
						Attorney for Plaintiff
						JEREMY JONES


**ORDER**

PURSUANT TO THE STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  August 25, 2016			_____
						UNITED STATES DISTRICT JUDGE